Notice to the Court of Criminal Appeals:

84,103-01    (1

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 17 2015
Abel Acosta, Clerk

I Donavan Simon, Cause 2-14-126A, Rockwall County was notif..
by my Attorney Timothy Jeffrey, that he spoke... District
in Rockwall County and she stated that she had never intended
give me or any of my co-defendants A Aggervated Charge which
Conspiracy. I was never informed that the law changed on September
2013 that made organize Crime a 39 offence and I would have to
serve half of my sentence. I didn't find this out until I arrive
at T.D.C.J, but my lawyer asked me too write a letter to the Court
of appeals and let you guys know that you can contact him
that he is willing too let the Court of appeals know that he di
inform me my case was Aggervated and nor did the District Att I
improperly admonished. My lawyer office number is (214)-522-6080
and i currently have a state writ writ-of-habeas corpus before t
Court that i filed and my lawyer filed one also. I am Requesting that i
notified that a "new sentence" is being issued to me since "all Parties" agree
at least a "sentence Reform" in my case would be more appropriate. basicu
drop the organize crime to a burglary a non Aggervated Charge...

would Someone Please notify me that my letter/notice was Recieved this court, and what would be the outcome of it? I would greatly appreciate your Assistance In this matter.

Thank you

Donavan Si

Sincerly

11-10-15